Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
MOTOWN RECORD COMPANY, L.P.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ELEKTRA
ENTERTAINMENT GROUP INC.; and
BMG MUSIC

**GRANTED**
*Judge James Ware*
4/18/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 5:07-CV-04861-JW<br><br>**Honorable James Ware**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs MOTOWN RECORD COMPANY,
2 | L.P., *et al*. voluntarily dismiss without prejudice their copyright infringement claim against
3 | Defendant John Doe, also identified as ID # 121036249 with IP address 207.62.141.74 2007-03-08
4 | 03:21:22 EST, each party to bear its/her own fees and costs. The Clerk of Court is respectfully
5 | requested to close this case.
6 | Dated:  April 14, 2008                              HOLME ROBERTS & OWEN LLP
7 |
8 |                                                                 By:  _____*/s/ Matthew Franklin Jaksa*___
9 |                                                                         MATTHEW FRANKLIN JAKSA
                                                                            Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 14, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jon Beaver, Esq.
> 3101 Sunset Blvd., Suite 2-D
> Rocklin, CA 95677
> *Attorney for Defendant*

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2008 at San Francisco, California.

*/s/ Della Grant*
_____
Della Grant